IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | |
| | ) | CASE NO.: 14-4010-JSB |
| HECTOR ZAPIEN | ) | |

**ORDER**

Upon motion of the United States, it is hereby ORDERED that the Complaint and Affidavit are unsealed.

ENTERED, the 11th day of February, 2014.

_____
JOHN S. BRYANT
MAGISTRATE JUDGE